In the Matter of FRANK J. MACMASTER, Appellant, against GEORGE U. HARVEY, as President of the Borough of Queens, et al., Respondents.

(Submitted October 4, 1934; decided October 23, 1934.)

*Sydney Rosenthal* and *Sydney S. Snyder* for appellant.

*Paul Windels, Corporation Counsel (Paxton Blair, Willard S. Allen* and *Thomas W. A. Crowe* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.